# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN DALESSIO** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-3379** |
| **v.** | : | |
| | : | |
| **U.S. DEPARTMENT OF HOUSING** | : | |
| **& URBAN DEVELOPMENT,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 24th day of March 2021, upon consideration of the *motion to dismiss for lack of subject-matter jurisdiction*, [ECF 7], filed by Defendant United States of America ("Defendant"),[1] [ECF 7], Plaintiff's response in opposition thereto, [ECF 10], Defendant's reply, [ECF 11], and the allegations in the amended complaint, [ECF 4], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**. Accordingly, Plaintiff's claims against the United States of America *only* are **DISMISSED** for lack of subject-matter jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] For the reasons set forth in the accompanying Memorandum Opinion, the United States of America shall be substituted for Defendant U.S. Department of Housing & Urban Development.